OPINION — AG — THE BOARD OF COUNTY COMMISSIONERS IS NOT AUTHORIZED TO EXPEND COUNTY FUNDS TO PAY THE ELECTRIC BILL FOR CITY STREET LIGHTS, AND THAT THE PRACTICE SHOULD BE DISCONTINUED. CITE: 11 O.S. 1961 664 [11-664], 62 O.S. 1961 372 [62-372] 19 O.S. 1961 403 [19-403], 19 O.S. 1961 345 [19-345], 19 O.S. 1961 339 [19-339], 19 O.S. 1961 1 [19-1], 19 O.S. 1961 401 [19-401] (HARVEY CODY)